**Order entered February 16, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00899-CV

### CHRIS HAMILTON, Appellant

### V.

### BRUCE BUTTE AND JONATHAN PECK, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04068-2019**

### ORDER

Before the Court is appellant's February 14, 2023 third unopposed motion for extension of time to file his brief. Appellant explains the extension is necessary, in part, because a supplemental clerk's record containing a copy of the trial court's findings of fact and conclusions of law was filed January 30, 2023.

We **GRANT** the motion and **ORDER** the brief be filed no later than February 23, 2023.

/s/     BILL PEDERSEN, III
        JUSTICE